**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Norman V. Prior, SBN 125457
Kevin M. Kreutz, SBN 264654
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
DCI Donor Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>RIVER CITY VENTURES, LLC, a California Limited Liability Company; DCI DONOR SERVICES, INC., a Tennessee Corporation; SAMY NASER and DOES 1 – 10,<br><br>    Defendants.<br>_____/ | CASE NO.: 2:14-CV-01341-MCE-CKD<br><br>STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P.41(a)(1); & ORDER THEREON<br><br>Complaint Filed: June 3, 2014<br>FAC Filed: June 25, 2014 |

**STIPULATION**

IT IS STUPLATED by and between the parties thereto that this action may be dismissed with prejudice as to DCI DONOR SERVICES, INC. only.

Dated: August 20, 2014         CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace - as authorized 08/20/14
                                    Raymond G. Ballister, Jr.
                                    Mark Potter
                                    Phyl Grace
                                    Attorneys for Plaintiff
                                    Scott Johnson

{01297630.DOCX}                     1
STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P.41(a)(1); & ORDER THEREON

Dated:  August 20, 2014                    PORTER SCOTT
                                           A PROFESSIONAL CORPORATION

                                           By: /s/ Kevin M. Kreutz
                                           Norman V. Prior
                                           Kevin M. Kreutz
                                           Attorneys for Defendant
                                           DCI Donor Services, Inc.


Dated:  August 20, 2014                    LAW OFFICE OF RICK MORIN


                                           By: /s/ Rick Morin - as authorized 08/20/14
                                           Rick Morin
                                           Attorney for Defendant
                                           Sami Naser


# ORDER

Pursuant to the foregoing Stipulation (ECF No. 17) and Federal Rule of Civil Procedure 41(a), this action is hereby ordered DISMISSED WITH PREJUDICE as to DCI Donor Services, Inc. only, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT