1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20

SCOTT JOHNSON,

       Plaintiff,

  v.

RIVER CITY VENTURES, LLC, a California Limited Liability Company;

DCI DONOR SERVICES, INC., a Tennessee Corporation;

SAMY NASER; and Does 1-10,

Defendants,

Case: 2:14-CV-01341-MCE-CKD

**ORDER**

21
22
23
24
25
26
27
28

     Pursuant to the parties' stipulation (ECF No. 21), this action against Defendant SAMI NASER (incorrectly sued as SAMY NASER) is hereby ordered dismissed with prejudice and Defendant River City Ventures, LLC is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

     IT IS SO ORDERED.

Dated:  May 19, 2015

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT